UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 6:17-CV-00276-KKC

***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA            PLAINTIFF

v.            <u>ORDER</u>

EDDIE FELTNER,
UNKNOWN SPOUSE OF EDDIE FELTNER            RESPONDENT

\* \* \* \* \* \*

The Court having received the Report of Warning Order Attorney for the Respondents, Eddie Feltner and Unknown Spouse of Eddie Feltner, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The Court accepts the Report of Warning Order Attorney and finds that the rights of the Respondents, Eddie Feltner and Unknown Spouse of Eddie Feltner have been adequately protected and that the Respondents have no legal defense to this action;

2. Payment in the amount of $200.00 for such services plus the reported expenses of $23.36 for a total of $223.36 shall be made to Kathryn A. Walton within ninety days of entry of this Court's Order, or as otherwise directed by this Court; and

      3.      Attorney Kathryn A. Walton is hereby released from any further duties in this matter.