# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION
# CIVIL ACTION NO. 6:17-cv-276-KKC

**In re: 166 Popular Lane, Manchester, Kentucky 40962**

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

EDDIE FELTNER

UNKNOWN SPOUSE OF
EDDIE FELTNER                                                         DEFENDANTS

# ENTRY OF DEFAULT

**\*\*\*\*\*\*\*\*\***

It appearing that the Complaint herein was filed on October 9, 2017; the Defendants, Eddie Feltner an the Unknown Spouse of Eddie Feltner, have been served via appointment of Warning Order Attorney, and that no answer or other pleading has been filed by said defendants as required by law:

NOW, THEREFORE, upon request of Plaintiff, default is hereby entered against the Defendants, Eddie Feltner, and the Unknown Spouse of Eddie Feltner, as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the __11__ day of __May__ 2018.

                                             ROBERT R. CARR
                                             U. S. DISTRICT COURT CLERK
                                             By: _____
                                                      Deputy Clerk